UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FEDERAL INSURANCE COMPANY

VERSUS

NEW HAMPSHIRE INSURANCE
COMPANY, ET AL

CIVIL ACTION

NO. 03-385-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 2, 2009. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Rule (b)(6) motion to dismiss filed by defendants, New Hampshire Insurance Company and AIG technical Services, now known as Chartis Claims, Inc., is granted in part, in that plaintiff's claims against Chartis Claims, Inc. are dismissed with prejudice and denied in part with respect to plaintiff's claims against New Hampshire Insurance Company.

Baton Rouge, Louisiana, ~~December~~ January 4th, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

James J. Brady